UNITED STATES of America ex rel.
David COLEMAN, Petitioner-
Appellant,

v.

Wilfred L. DENNO and Edward S. Sil-
ver, Respondents-Appellees.

No. 350, Docket 28643.

United States Court of Appeals
Second Circuit.

Argued March 12, 1964.

Decided April 6, 1964.

Certiorari Denied June 22, 1964.
See 84 S.Ct. 1938.

Jack L. Kroner, New York City (Stan-
ley J. Levy, Frederick C. Stern and Mar-
tin Garbus, New York City, on the brief),
for petitioner-appellant.

William I. Siegel, Asst. Dist. Atty.,
Kings County, Brooklyn, N. Y. (Edward

S. Silver, Dist. Atty., Kings County, and
Mortimer Sattler, New York City, on the
brief), for respondents-appellees.

Before LUMBARD, Chief Judge,
SMITH, Circuit Judge, and LEVET,*
District Judge.

PER CURIAM:

It was well within the province of the
New York Courts to determine whether
the prosecutor's comments in summation,
taken in the light of defense counsel's
argument and the careful and categorical
instructions of the trial judge, were so
prejudicial to the defendant as to require
a new trial of the charges which resulted
in his conviction for murder in Kings
County in 1960. For the reasons given
by Judge Bryan in his detailed and ex-
haustive opinion reported at 223 F.Supp.
938, S.D.N.Y. (1963) we are convinced
that the defendant was not deprived of
any Constitutional rights. Accordingly,
we affirm the district court's denial of pe-
tition for a writ of habeas corpus.

The mandate shall issue in five days.